IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-56

No. 535A20

Filed 6 May 2022

STATE OF NORTH CAROLINA

v.

CIERA YVETTE WOODS


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 275 N.C. App. 364, 853 S.E.2d 177 (2020), finding no error in a judgment entered on 10 May 2019 by Judge Karen Eady-Williams in Superior Court, Mecklenburg County. On 10 August 2021, the Supreme Court allowed defendant's petition for discretionary review as to additional issues. Heard in the Supreme Court on 21 March 2022.

*Joshua H. Stein, Attorney General, by Jessica V. Sutton, Special Deputy Attorney General, for the State-appellee.*

*Glenn Gerding, Appellate Defender, by Aaron Thomas Johnson, Assistant Appellate Defender, for defendant-appellant.*


PER CURIAM.

AFFIRMED.

Justice BERGER did not participate in the consideration or decision of this case.